985 So.2d 698 (2008)
ANTHONY J. RICKS, SR., Appellant,
v.
STATE OF FLORIDA, Appellee.
No. 5D08-1254.
District Court of Appeal of Florida, Fifth District.
July 8, 2008.
Anthony J. Ricks, Sr., Coleman, pro se.
Bill McCollum, Attorney General, Tallahassee, and Carlos A. Ivanor, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See State v. Dickey, 928 So.2d 1193, 1198 (Fla.2006).
SAWAYA, MONACO and TORPY, JJ., concur.